# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VAN MICHAEL BROWN, <br> Plaintiff, <br><br> v. <br><br> PRESIDENT JOHNSON, GOVERNMENT OF TEXAS, and DEPARTMENT OF LAW ENFORCEMENT, <br> Defendants. | § § § § § § § § § | CASE NO. 3:18-CV-01725-S-BN |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge an any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Plaintiff Van Michael Brown's Motion for Leave to Proceed *in forma pauperis*, filed July 2, 2018 [ECF No. 5], is hereby GRANTED for the purpose of screening his complaint. The action is dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B).

**SO ORDERED.**

SIGNED August 13, 2018.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE